1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                                      DISTRICT OF NEVADA

8                                              * * *

9    BETTY ANN EDGING,                           Case No. 2:23-cv-00226-RFB-BNW

10                               Petitioner,      Order Directing Petitioner to Pay Filing
                                                 Fee or Submit Application to Proceed In
11       v.                                      Forma Pauperis

     STATE OF NEVADA,
12

13                               Respondent.

14        Betty Ann Edging has submitted a *pro se* petition for writ of habeas corpus

15   pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) She has not, however, either paid the $5.00

16   filing fee or submitted a completed application to proceed in forma pauperis with the

17   required inmate account statements for the past sixth months and financial certificate. 28

18   U.S.C. § 1915(a)(2); Local Rule LSR1-2.

19        This action therefore is subject to dismissal without prejudice as improperly

20   commenced. However, it is unclear from the papers presented whether a dismissal

21   without prejudice will materially affect a later analysis of any timeliness issue with respect

22   to a new action.

23   . . .

24   . . .

25   . . .

26

27

28

                                              1

**IT IS THEREFORE ORDERED** that within **60 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the petition but not file it at this time.

DATED: 7 April 2023.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE