UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BETTY ANN EDGING,<br><br>                              Petitioner,<br>     v.<br>STATE OF NEVADA,<br><br>                              Respondent. | Case No. 2:23-cv-00226-RFB-BNW<br><br>**Order Dismissing Petition and Closing Case** |

In April 2023, the court directed 28 U.S.C. § 2254 habeas corpus petitioner Betty Ann Edging to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. ECF No. 3. That order was served on Edging via U.S. Mail at her address of record. See id. The order was returned on April 19, 2023, as undeliverable with no new address. See ECF No. 4. The court therefore dismisses the petition without prejudice for failure to update address. See Local Rule IA 3-1.

       **IT IS THEREFORE ORDERED** that the Clerk of Court file the petition (ECF No. 1-1).

       **IT IS FURTHER ORDERED** that the petition is dismissed without prejudice.

       **IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

       **IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

**DATED:** December 12, 2023.

                                                             **RICHARD F. BOULWARE, II**
                                                            **UNITED STATES DISTRICT JUDGE**